UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN NOTTINGHAM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:06-cv-409-SEB-VSS |
| ACTING JUDGES OF DISTRICT COURT, | ) ) ) | |
| Defendants. | ) ) | |

# E N T R Y

The plaintiff, Mr. Nottingham, was given through April 12, 2006, in which to either pay the $250.00 filing fee for this action or demonstrate that he lacks the financial ability to do so. He has failed to do so. Accordingly, this action is dismissed without prejudice for failure to prosecute.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

Date: 04/18/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana