UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN NOTTINGHAM,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>ACTING JUDGES OF DISTRICT COURT,<br><br>　　　　　　Defendants. | 1:06-cv-409-SEB-VSS |

# JUDGMENT

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 04/18/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648